IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILLIAMSPORT)

| | | |
|---|---|---|
| AHMED ALABBADY, M.D., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 4:17-cv-464-MWB |
| | ) | |
| REX W. TILLERSON, *et al.* | ) | Hon. Matthew W. Brann |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Plaintiffs hereby notify the Court that they are voluntarily dismissing the above-captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This dismissal is without prejudice. Each party will bear their own fees and costs.

Respectfully submitted this 11th day of July, 2017.

*/s/ Brian C. Schmitt*
BRIAN C. SCHMITT
Hake & Schmitt
P.O. Box 540 (419 Main St.)
New Windsor, Maryland  21776
Phone: (410) 635-3337
e-mail: brian@hake.com
Counsel for Plaintiffs
Admitted *pro hac vice*

**Certificate of Service**

I hereby certify that on the 11th of July, 2017, a copy of the Plaintiffs' Notice of Dismissal was served on the following recipient in accordance with the Notice of Electronic Filing ("NEF") that was generated as a result of electronic filing in this Court:

>Sophia Kaiser
>Trial Attorney
>United States Department of Justice
>Civil Division
>Office of Immigration Litigation
>District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, D.C.  20044
>Tel: (202) 307-2092
>Fax: (202) 305-7000
>Email: sophie.b.kaiser@usdoj.gov

>*/s/ Brian C. Schmitt*
>Brian C. Schmitt